**Fill in this information to identify the case:**

Debtor name    97 Grand Avenue LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    15-13367(SHL)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 11, 2016          X /s/ Harry Miller
                                      Signature of individual signing on behalf of debtor

                                      Harry Miller
                                      Printed name

                                      Manager of 97 Grand MB, LLC Managing Member
                                      Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        97 Grand Avenue LLC

United States Bankruptcy Court for the:        SOUTHERN DISTRICT OF NEW YORK

Case number (if known)        15-13367(SHL)

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..............................................................................    $    42,000,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $    253,122.61

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $    42,253,122.61

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    43,334,339.70

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $    0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    1,200,000.00

4.    **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b    $    44,534,339.70

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      97 Grand Avenue LLC

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    15-13367(SHL)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Signature Bank | Checking Account | 2804 | $1,843.91 |
| 3.2. | Signature Bank | Security Account | 2812 | $0.00 |
| 3.3. | Berkadia | Escrow | | $61,716.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.            $63,559.91

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.      Security Deposits with Utilities?_____            $0.00

Debtor    97 Grand Avenue LLC                                    Case number *(If known)*  15-13367(SHL)
_____Name_____

8.          **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
            Description, including name of holder of prepayment

9.          **Total of Part 2.**                                                              | $0.00 |
            Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.         **Accounts receivable**

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 39,562.70 | - | 0.00 | = .... | $39,562.70 |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

12.         **Total of Part 3.**                                                              | $39,562.70 |
            Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | 97 Grand Avenue LLC | Case number *(If known)* 15-13367(SHL) |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    97-111 Grand Avenue, Brooklyn, New York 11205<br>11 Story, 27 Unit residential apartment building in Clinton Hill section of Brooklyn, New York<br>Built in 2013<br>Block: 1893<br>Lot: 4 | Fee Simple | $0.00 | | $21,000,000.00 |
| 55.2.    96 Steuben Street, Brooklyn, New York 11205<br>7 Story, 35 Unit residential apartment building in Clinton Hill section of Brooklyn, New York | Fee Simple | $0.00 | | $21,000,000.00 |

**56.    Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $42,000,000.00 |
|---|

**57.    Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.    Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Debtor | 97 Grand Avenue LLC | Case number *(If known)*  15-13367(SHL) |
|---|---|---|
| | Name | |

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>New York City Real Estate Tax Refund<br>Current value is a net approximate amount | $150,000.00 |

---

| 78.    **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $150,000.00 |
|---|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    97 Grand Avenue LLC _____    Case number *(If known)*  15-13367(SHL)
          Name

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $63,559.91 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $39,562.70 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................> | | $42,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $150,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $253,122.61 | + 91b. $42,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $42,253,122.61 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    97 Grand Avenue LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    15-13367(SHL)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** 97 Grand Ave Brooklyn FirstLLC *Creditor's Name* | **Describe debtor's property that is subject to a lien** 97-111 Grand Avenue, Brooklyn, New York 11205 96 Steuben Street, Brooklyn, New York 11205 | $30,500,000.00 | $42,000,000.00 |

825 Third Avenue, 37th Floor
New York, NY 10022
*Creditor's mailing address*

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☑ No
☐ Yes

*Creditor's email address, if known*

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. 97 Grand Ave Brooklyn FirstLLC
2. NYC Law Department
3. NYC Law Department
4. NYC Law Department
5. Aaron Drazin
6. Abraham Leser
7. J-J Plumbing Corp
8. Top Shelf Electric Corporation
9. South Shore Drywall, Inc.
10. SNL Construction Services Corp

| **2.2** Aaron Drazin *Creditor's Name* | **Describe debtor's property that is subject to a lien** 97-111 Grand Avenue, Brooklyn, New York 11205 96 Steuben Street, Brooklyn, New York 11205 | $1,566,175.55 | $42,000,000.00 |
|---|---|---|---|

c/o Teitelbaum Law Group LLC
1 Barker Avenue, 3 Flr
White Plains, NY 10601
*Creditor's mailing address*

**Describe the lien**
Judgment Lien

| Debtor | 97 Grand Avenue LLC | Case number (if know) | 15-13367(SHL) |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  Specified on line 2.1

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.3 | Abraham Leser | Describe debtor's property that is subject to a lien | $10,455,356.25 | $42,000,000.00 |
|---|---|---|---|---|

Creditor's Name

c/o Goldberg & Rimberg PLLC
115 Broadway 3rd Flr
New York, NY 10006

97-111 Grand Avenue, Brooklyn, New York 11205
96 Steuben Street, Brooklyn, New York 11205

Creditor's mailing address

**Describe the lien**
Judgment Lien

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  Specified on line 2.1

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.4 | J-J Plumbing Corp | Describe debtor's property that is subject to a lien | $118,000.00 | $42,000,000.00 |
|---|---|---|---|---|

Creditor's Name

1152 Longfellow Ave
Bronx, NY 10459

97-111 Grand Avenue, Brooklyn, New York 11205

Creditor's mailing address

**Describe the lien**
Mechanic's Lien

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
3/13/2015

**Last 4 digits of account number**
7701

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  Specified on line 2.1

As of the petition filing date, the claim is:
Check all that apply
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

---

| 2.5 | NYC Law Department | Describe debtor's property that is subject to a lien | $935.00 | $42,000,000.00 |
|---|---|---|---|---|

---

Debtor   97 Grand Avenue LLC
Name

Case number (if know)   15-13367(SHL)

---

Creditor's Name

100 Church Street
New York, NY 10007

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/2015
**Last 4 digits of account number**
071J
**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

97-111 Grand Avenue, Brooklyn, New York 11205

**Describe the lien**
ECB Lien
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | NYC Law Department | | $5,000.00 | $42,000,000.00 |
|---|---|---|---|---|

Creditor's Name

100 Church Street
New York, NY 10007

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/2015
**Last 4 digits of account number**
979L
**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
97-111 Grand Avenue, Brooklyn, New York 11205

**Describe the lien**
ECB Lien
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | NYC Law Department | | $200.00 | $42,000,000.00 |
|---|---|---|---|---|

Creditor's Name

100 Church Street
New York, NY 10007

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/2015
**Last 4 digits of account number**
7381
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
97-111 Grand Avenue, Brooklyn, New York 11205

**Describe the lien**
ECB Lien
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    97 Grand Avenue LLC
     Name

Case number (if know)    15-13367(SHL)

☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
Specified on line 2.1

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | SNL Construction Services Corp | | | | $536,703.85 | $42,000,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
97-111 Grand Avenue, Brooklyn, New York
11205

330 Sunrise Highway #110
Rockville Centre, NY 11570
Creditor's mailing address

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/12/2014
**Last 4 digits of account number**
5901

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.9 | South Shore Drywall, Inc. | | | | $79,110.00 | $42,000,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
97-111 Grand Avenue, Brooklyn, New York
11205

919 Carlton Blvd.
Staten Island, NY 10312
Creditor's mailing address

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
5/1/2015
**Last 4 digits of account number**
8801

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.10 | Top Shelf Electric Corporation | | | | $72,859.05 | $42,000,000.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
97-111 Grand Avenue, Brooklyn, New York
11205

485 Rt. 1 South
Bldg. C Suite 305
Iselin, NJ 08830
Creditor's mailing address

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 4 of 5

| Debtor | 97 Grand Avenue LLC | Case number (if know) | 15-13367(SHL) |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**
2/6/2015

**Last 4 digits of account number**
2401

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.1

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$43,334,339.70**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Kriss & Feuerstein, LLP<br>360 Lexington Ave., Ste 1200<br>New York, NY 10017 | Line  2.1 | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name _____ 97 Grand Avenue LLC _____

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____ 15-13367(SHL) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** <br> Chun Peter Dong <br> c/o Platzer Swergold <br> 475 Park Ave S. 18th Floor <br> New York, NY 10016 <br><br> **Date(s) debt was incurred** 3/25/2015 <br> **Last 4 digits of account number** 9415 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $1,200,000.00 |
| **3.2** **Nonpriority creditor's name and mailing address** <br> Dan Yun Dong, Yip Chin Yeung <br> c/o Kevin Kerveng Tung, P.C <br> 136-20 38th  Avenue Ste 3D <br> Flushing, NY 11354 <br><br> **Date(s) debt was incurred** 1/28/2015 <br> **Last 4 digits of account number** 9515 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** Hong Chen Yang, Bing Ziao, Ting Kin Li, Ho Kam <br> Li-Chuck, Zhi F. Chen, Craig Pio, Jian Yun Xhang and Xui Qun Lin - <br> plaintiff(s) <br><br> Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.3** **Nonpriority creditor's name and mailing address** <br> Xi Hui Wu a/k/a Steve Wu <br> c/o Xian Feng Zou <br> 13620 38th Ave Ste 10D <br> Flushing, NY 11354 <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

| Debtor | 97 Grand Avenue LLC | Case number (if known) | 15-13367(SHL) |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white">Part 4:</div> **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,200,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,200,000.00 |

**Fill in this information to identify the case:**

Debtor name __97 Grand Avenue LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) __15-13367(SHL)__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 1C $2,800.42/month Expires 5/31/2017 Security Deposit: $2,800.42 | |
| | State the term remaining | 5/31/2017 | Tenant - 1C 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 2A $3,852.06/month Expires 8/31/2017 Security Deposit: $3,852.06 | |
| | State the term remaining | 8/31/2017 | Tenant - 2A 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 2B $3,879.00/month Expires 6/14/2017 Security Deposit: $3,879.00 | |
| | State the term remaining | 6/14/2017 | Tenant - 2B 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 2C $4,258.80/month Expires 6/14/2017 Security Deposit: $4,258.80 | Tenant - 2C 97 Grand Avenue Brooklyn, NY 11205 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | 97 Grand Avenue LLC | | | Case number *(if known)* | 15-13367(SHL) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | State the term remaining | 6/14/2016 | |
| | List the contract number of any government contract | _____ | |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 2D $2,569.84/month Expires 7/14/2017 Security Deposit: $2,569.84 | |
| | State the term remaining | 7/14/2017 | Tenant - 2D 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | _____ | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 3A $4,040.63/month Expires 9/30/2017 Security Deposit: $4,040.63 | |
| | State the term remaining | 9/30/2017 | Tenant - 3A 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | _____ | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 3B $3,946.80/month Expires 6/14/2017 Security Deposit: $3,946.80 | |
| | State the term remaining | 6/14/2017 | Tenant - 3B 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | _____ | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Vacant | |
| | State the term remaining | | Tenant - 3C 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | _____ | |

Debtor 1    97 Grand Avenue LLC                                                     Case number (*if known*)    15-13367(SHL)
        First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 3D $2,623.71/month Expires 7/31/2017 Security Deposit: $2,623.71 | |
|---|---|---|---|
| | State the term remaining | 7/31/2017 | Tenant - 3D 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 4A $3,785.00/month Expires 7/31/2016 Security Deposit: $3,785.00 | |
|---|---|---|---|
| | State the term remaining | 7/31/2016 | Tenant - 4A 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Vacant | |
|---|---|---|---|
| | State the term remaining | | Tenant - 4B 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 4C $4,142.99/month Expires 8/31/2017 Security Deposit: $4,142.99 | |
|---|---|---|---|
| | State the term remaining | 8/31/2017 | Tenant - 4C 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 4D $2,677.59/month Expires 6/30/2017 Security Deposit: $2,677.59 | |
|---|---|---|---|
| | State the term remaining | 6/30/2017 | Tenant - 4D 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | 97 Grand Avenue LLC | | | Case number *(if known)* | 15-13367(SHL) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

▮ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 5B $3,600/month Expires 2/14/2016 Security Deposit: $3,600.00 | |
|---|---|---|---|
| | State the term remaining | 2/14/2016 | Tenant - 5B 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 5D $2,650/month Expires 6/30/2016 Security Deposit: $2,650.00 | |
|---|---|---|---|
| | State the term remaining | 6/30/2016 | Tenant - 5D 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 6A $2,850.00/month Expires 10/14/2017 Security Deposit: $2,850.00 | |
|---|---|---|---|
| | State the term remaining | 10/14/2016 | Tenant - 6A 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 6B $2,958.00/month Expires 6/30/2017 Security Deposit: $2,958.00 | |
|---|---|---|---|
| | State the term remaining | 6/30/2016 | Tenant - 6B 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 6C $3,450/month Expires 3/31/2016 Security Deposit: $3,450 | |
|---|---|---|---|
| | State the term remaining | 3/31/2016 | Tenant - 6C 97 Grand Avenue Brooklyn, NY 11205 |
| | List the contract number of any | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  97 Grand Avenue LLC                                    Case number (if known)  15-13367(SHL)
    First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 6D $3,394.13/month Expires 8/31/2017 Security Deposit: $3,394.13 | |
|---|---|---|---|
| | State the term remaining | 8/31/2017 | |
| | List the contract number of any government contract | | Tenant - 6D 97 Grand Avenue Brooklyn, NY 11205 |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 7A $2,700/month Expires 8/31/2016 Security Deposit: $2,700 | |
|---|---|---|---|
| | State the term remaining | 8/31/2016 | |
| | List the contract number of any government contract | | Tenant - 7A 97 Grand Avenue Brooklyn, NY 11205 |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 7B $3,309/month Expires 6/14/2017 Security Deposit: $3,309 | |
|---|---|---|---|
| | State the term remaining | 6/14/2017 | |
| | List the contract number of any government contract | | Tenant - 7B 97 Grand Avenue Brooklyn, NY 11205 |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 7C $3,120.00/month Expires 7/14/2017 Security Deposit: $3,120.00 | |
|---|---|---|---|
| | State the term remaining | 7/14/2017 | |
| | List the contract number of any government contract | | Tenant - 7C 97 Grand Avenue Brooklyn, NY 11205 |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 7D $3,275/month Expires 7/14/2016 Security Deposit: $3,275 | |
|---|---|---|---|
| | State the term remaining | 7/14/2016 | |
| | List the contract number of any | | Tenant - 7D 97 Grand Avenue Brooklyn, NY 11205 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    97 Grand Avenue LLC                                              Case number *(if known)*    15-13367(SHL)
           First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 1A $2,677/month Expires 2/29/2016 Security Deposit: $2,677 2/29/2016 | |
|---|---|---|---|
| | State the term remaining | | Tenant-1A 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 1B $2800/month Expires 4/30/2017 Security Deposit: $2,800 4/30/2016 | |
|---|---|---|---|
| | State the term remaining | | Tenant-1B 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 1B $2,800/month Expires 4/30/2017 Security Deposit: $2,800 4/30/2016 | |
|---|---|---|---|
| | State the term remaining | | Tenant-1B 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 1C $2,200/month Expires 6/30/2016 Security Deposit: $2,200 6/30/2016 | |
|---|---|---|---|
| | State the term remaining | | Tenant-1C 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 2A $3,000/month Expires 1/31/2016 Security Deposit: $3,000 1/31/2016 | |
|---|---|---|---|
| | State the term remaining | | Tenant-2A 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

Debtor 1    97 Grand Avenue LLC
_____    Case number *(if known)*    15-13367(SHL)
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 2B $2,600/month Expires 3/31/2016 Security Deposit: $2,600 | |
|---|---|---|---|
| | State the term remaining | 3/31/2016 | |
| | List the contract number of any government contract | | Tenant-2B 96 Steuben Street Brooklyn, NY 11205 |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 2C $2,801.50/month Expires 12/31/2017 Security Deposit: $2,801.50 | |
|---|---|---|---|
| | State the term remaining | 12/31/2017 | |
| | List the contract number of any government contract | | Tenant-2C 96 Steuben Street Brooklyn, NY 11205 |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 2D $2,720.69/month Expires 12/31/2017 Security Deposit: $2,720.69 | |
|---|---|---|---|
| | State the term remaining | 12/31/2017 | |
| | List the contract number of any government contract | | Tenant-2D 96 Steuben Street Brooklyn, NY 11205 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 2E $2,675/month Expires 1/31/2016 Security Deposit: $2,675 | |
|---|---|---|---|
| | State the term remaining | 1/31/2016 | |
| | List the contract number of any government contract | | Tenant-2E 96 Steuben Street Brooklyn, NY 11205 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 3A $3,200/month Expires 2/14/201 Security Deposit: $3,200 | |
|---|---|---|---|
| | State the term remaining | 2/14/2016 | |
| | List the contract number of any government contract | | Tenant-3A 96 Steuben Street Brooklyn, NY 11205 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   97 Grand Avenue LLC
_____
First Name          Middle Name          Last Name

Case number *(if known)*   15-13367(SHL)

█  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 3C $2,747.63/month Expires 11/30/2017 Security Deposit: $2,747.63 | |
|---|---|---|---|
| | State the term remaining | 11/30/2017 | Tenant-3C 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 3D $2,774.56/month Expires 11/30/2017 Security Deposit: $2,774.56 | |
|---|---|---|---|
| | State the term remaining | 11/30/2017 | Tenant-3D 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 3E $2750/month Expires 1/31/2017 Security Deposit: $2,750.00 | |
|---|---|---|---|
| | State the term remaining | 1/31/2017 | Tenant-3E 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 4A $3,421.06/month Expires 12/31/2017 Security Deposit: $3,421.06 | |
|---|---|---|---|
| | State the term remaining | 12/31/2017 | Tenant-4A 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 4B $3000/month Expires 5/31/2016 Security Deposit: $3000 | |
|---|---|---|---|
| | State the term remaining | 5/31/2016 | Tenant-4B 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any | | |

Debtor 1    97 Grand Avenue LLC
    First Name      Middle Name      Last Name      Case number *(if known)*    15-13367(SHL)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 4C $2600/month Expires 4/30/2016 Security Deposit: $2600 | |
| | State the term remaining | 4/30/2016 | Tenant-4C 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 4D $2,806.75/month Expires 12/31/2016 Security Deposit: $2,806.75 | |
| | State the term remaining | 12/31/2016 | Tenant-4D 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 4E $2,909.25/month Expires 10/14/2017 Security Deposit: $2,909.25 | |
| | State the term remaining | 10/14/2017 | Tenant-4E 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 5A $3150/month Expires 5/31/2016 Security Deposit: $3150 | |
| | State the term remaining | 5/31/2016 | Tenant-5A 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 5B $3150/month Expires 6/30/2016 Security Deposit: $3150 | |
| | State the term remaining | 6/30/2016 | Tenant-5B 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any | | |

| Debtor 1 | 97 Grand Avenue LLC | | | Case number *(if known)* | 15-13367(SHL) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 5C $2,750/month Expires 11/14/2016 Security Deposit: $2,750 | |
|---|---|---|---|
| | State the term remaining | 11/14/2016 | Tenant-5C 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 5D $2,625/month Expires 3/31/2016 Security Deposit: $2,625 | |
|---|---|---|---|
| | State the term remaining | 3/31/2016 | Tenant-5D 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 5E $2,550/month Expires 4/30/2016 Security Deposit: $2,550 | |
|---|---|---|---|
| | State the term remaining | 4/30/2016 | Tenant-5E 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 6A $2,858/month Expires 3/31/2016 Security Deposit: $2,858 | |
|---|---|---|---|
| | State the term remaining | 3/31/2016 | Tenant-6A 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 6B $3,150/month Expires 3/31/2016 Security Deposit: $3,150 | |
|---|---|---|---|
| | State the term remaining | 3/31/2016 | Tenant-6B 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | 97 Grand Avenue LLC | | | Case number *(if known)* | 15-13367(SHL) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 6C $2,700/month Expires 4/30/2016 Security Deposit: $2,700 | |
|---|---|---|---|
| | State the term remaining | 4/30/2016 | |
| | List the contract number of any government contract | | Tenant-6C 96 Steuben Street Brooklyn, NY 11205 |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 6D $2,875/month Expires 1/31/2016 Security Deposit: $2,875 | |
|---|---|---|---|
| | State the term remaining | 1/31/2016 | |
| | List the contract number of any government contract | | Tenant-6D 96 Steuben Street Brooklyn, NY 11205 |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 6E $2,750/month Expires 5/31/2016 Security Deposit: $2,750 | |
|---|---|---|---|
| | State the term remaining | 5/31/2016 | |
| | List the contract number of any government contract | | Tenant-6E 96 Steuben Street Brooklyn, NY 11205 |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 7A $3,900/month Expires 6/30/2016 Security Deposit: $3,900 | |
|---|---|---|---|
| | State the term remaining | 6/30/2016 | |
| | List the contract number of any government contract | | Tenant-7A 96 Steuben Street Brooklyn, NY 11205 |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 7B $2,654/month Expires 3/31/2016 Security Deposit: $2,654 | |
|---|---|---|---|
| | State the term remaining | 3/31/2016 | |
| | List the contract number of any government contract | | Tenant-7B 96 Steuben Street Brooklyn, NY 11205 |

Debtor 1    97 Grand Avenue LLC

| First Name | Middle Name | Last Name |

Case number *(if known)*    15-13367(SHL)

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 7C $2,750/month Expires 9/30/2017 Security Deposit: $2,750 | |
|---|---|---|---|
| | State the term remaining | 9/30/2017 | Tenant-7C 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 7D $2654/month Expires 5/31/2016 Security Deposit: $2654 | |
|---|---|---|---|
| | State the term remaining | 5/31/2016 | Tenant-7D 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 8A $3,100/month Expires 4/30/2016 Security Deposit: $3,100 | |
|---|---|---|---|
| | State the term remaining | 4/30/2016 | Tenant-8A 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 8B $2,900/month Expires 11/30/2015 Security Deposit: $2,900 | |
|---|---|---|---|
| | State the term remaining | 11/30/2015 | Tenant-8B 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | Residential Apartment Lease - Apartment 8C $3150/month Expires 3/31/2016 Security Deposit: $3150 | |
|---|---|---|---|
| | State the term remaining | 3/31/2016 | Tenant-8C 96 Steuben Street Brooklyn, NY 11205 |
| | List the contract number of any government contract | | |

| Debtor 1 | 97 Grand Avenue LLC | | | Case number *(if known)* | 15-13367(SHL) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | 5 parking spots in garage $275.00/month | |
|---|---|---|---|
| | State the term remaining | 11/24/2016 | Zipcar, Inc. 1265 Broadway New York, NY 10001 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name _____97 Grand Avenue LLC_____

United States Bankruptcy Court for the: ____SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) ___15-13367(SHL)_____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Harry Miller | 1324 46th Avenue Brooklyn, NY 11219 | Aaron Drazin | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |
| 2.2 | Harry Miller | 1324 46th Avenue Brooklyn, NY 11219 | Abraham Leser | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |
| 2.3 | Harry Miller | 1324 46th Avenue Brooklyn, NY 11219 | 97 Grand Ave Brooklyn FirstLLC | ■ D ___2.1___ ☐ E/F _____ ☐ G _____ |
| 2.4 | Sam Sprei | | Aaron Drazin | ■ D ___2.2___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      97 Grand Avenue LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    15-13367(SHL)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2016 to Filing Date | ☑ Operating a business<br>Gross Receipts<br>☐ Other   (Rents Only) | $794,114.98 |
| For prior year:<br>From  1/01/2015 to 12/31/2015 | ☑ Operating a business<br>☐ Other   Gross Receipts | $1,919,554.84 |
| For year before that:<br>From  1/01/2014 to 12/31/2014 | ☑ Operating a business<br>☐ Other   Gross Receipts | $605,800.97 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    97 Grand Avenue LLC                                                    Case number *(if known)*   15-13367(SHL)

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. TO BE PROVIDED | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Attached as Exhibit B | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Dan Yun Dong, Yip Chin Yeung, Hong Cheng Yang, Bing Xiao, Ting Kin Li, Ho Kam LiChuck, Zhi F. Chen, Craig Pio, Jian Yun Xhang, and Xiu Qun Lin v. 97 Grand Avenue, LLC, et al. 1095/2015 | Contract | Supreme Court of the State of New York, Kings County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Chun Peter Dong v. 97 Grand Avenue, LLC, et al 503295/2015 | Foreclosure Proceeding | Supreme Court of the State of New York, Kings County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    97 Grand Avenue LLC

Case number *(if known)*    15-13367(SHL)

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Aaron Drazin v. 97 Grand Avenue, LLC et al.<br>512405/2014 | Fraudulent Conveyance | Supreme Court of the State of New York, Kings County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | 97 Grand Ave Brooklyn First, LLC v. 97 Grand Avenue, LLC, et al.<br>509707/2015 | Foreclosure Proceeding | Supreme Court of the State of New York, Kings County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Chun Peter Dong v. 97 Grand Avenue, LLC, et al.<br>511823/2015 | Fraudulent Conveyance | Supreme Court of the State of New York, Kings County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | Xi Hui Wu, a/k/a Steve Wu v. 97 Grand Avenue, LLC<br>512682/2015 | Contract | Supreme Court of the State of New York, Kings County | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| Richard Klass, Receiver | | $0.00 |

| Case title | Court name and address |
|---|---|
| **Case number** | |
| **Date of order or assignment** | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.    **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10.    **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11.    **Payments related to bankruptcy**

Debtor    97 Grand Avenue LLC                                    Case number *(if known)*    15-13367(SHL)

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Delbello Donnellan Weingarten Wise & Wiederkehr, LLP 1 North lexington Ave. 11th Fl White Plains, NY 10601 | | | $55,476.00 |
| | **Email or website address** www.ddw-law.com | | | |
| | **Who made the payment, if not debtor?** Debtor & 90 Sullivan Holding Corp. | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Sy Grand Steuben LLC 79-37 Myrtle Avenue Ridgewood, NY 11385 | Unauthorized, no consideration deed transfer of 97-111 Grand Avenue and 96 Steuben Street, Brooklyn, New York to Sy Grand Steuben LLC | 6/17/2015 | $0.00 |
| | **Relationship to debtor** None | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    97 Grand Avenue LLC                                    Case number *(if known)*  15-13367(SHL)

---

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

| Debtor | 97 Grand Avenue LLC | Case number *(if known)* | 15-13367(SHL) |

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
| --- | --- |
| 26a.1.    Nathan Weinberger
Softstone Development & Management Group
1350 43rd Street
Brooklyn, NY 11219 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | 97 Grand Avenue LLC | Case number *(if known)* | 15-13367(SHL) |
|---|---|---|---|

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Nathan Weinberger<br>Softstone Development & Management Group<br>1350 43rd Street<br>Brooklyn, NY 11219 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| 97 Grand MB LLC | | Member | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Harry Miller | | Manager | |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | TO BE PROVIDED | | | |
| | **Relationship to debtor** | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    97 Grand Avenue LLC _____    Case number *(if known)* 15-13367(SHL)

☑ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___May  11, 2016___

/s/ Harry Miller _____    Harry Miller _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Manager of 97 Grand MB, LLC Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes